# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/14/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/16/2015 1:57:55 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:     2015-27521          COURT:   270TH          TENTATIVE DUE DATE:     3/9/2016

APPEAL TYPE     REGULAR (MTN TO RECONSIDER FILED)          CASE STATUS:     DISPOSED (FINAL)

APPELLANT:     RUBEN GUEVARA

APPELLEE:     WCA WASTE CORPORATION, WASTE CORPORATION OF TEXAS AND EROL MAURICIO GONZALEZ

EVENT FILE DATE     12/10/2015          NUMBER OF DAYS: 120

EVENT CODES;     BC, C, OA

FILED BY:     **KENNETH B FENELON JR**          TBN:     **24059741**

DATE ORDER SIGNED     11/10/2015

COURT ASSIGNED TO:     FIRST COURT OF APPEALS

IMAGE NO:     67897432          VOLUME:          PAGE:

MOTION FOR NEW TRIAL FILING DATE:          : December 8, 2015

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   **/s/DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

Cause No. 2015-27521

| Ruben Guevara | § | In the District Court of |
| | § | |
| vs. | § | Harris County, Texas |
| | § | |
| WCA Waste Corporation, | § | |
| Waste Corporation of Texas | § | |
| and Erol Mauricio Gonzalez | § | 270th Judicial District |

## Notice of Appeal

Plaintiff Ruben Guevara files this notice of appeal to appeal the Trial Court's

November 10, 2015 *Order Granting Defendants' Plea to the Jurisdiction* in the case of

*Ruben Guevara v. WCA Waste Corporation, Waste Corporation of Texas and Erol Mauricio*

*Gonzalez*, Cause No. 2015-27521 (270th Judicial District, Harris County, Texas).

Plaintiff seeks to appeal the trial court's November 10, 2015 Order to either the First

Court of Appeals or Fourteenth Court of Appeals.

Respectfully submitted,

**Vujasinovic & Beckcom, PLLC**

/s/ *Kenneth B. Fenelon, Jr.*
Brian Beckcom
SBN: 24012268
Curtis Bickers
SBN: 24048352
Kenneth Fenelon, *appellate counsel*
SBN: 24059741
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713.224.7800 Telephone
713.224.7801 Fax
**Attorneys for Plaintiff**

## Certificate of Service

The undersigned authority hereby certifies that a true and correct copy of the foregoing instrument has been served upon all counsel of record via certified mail, return receipt requested, facsimile and/or hand delivery on this 10th day of December 2015.

/s/ *Kenneth B. Fenelon, Jr.*
**Kenneth B. Fenelon, Jr.**

10/22/2015 2:31:08 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7499007
By: SASHA PRINCE
Filed: 10/22/2015 2:31:08 PM

Pgs-1

PJURX
NCA
11A

CAUSE NO. 2015-27521

| | | |
|---|---|---|
| RUBEN GUEVARA | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| WCA WASTE CORPORATION, | § | |
| WASTE CORPORATION OF TEXAS, | § | |
| LP and EROL MAURICIO GONZALES | § | 270TH JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANTS' PLEA TO THE JURISDICTION

On this day came to be considered Defendants' Plea to the Jurisdiction and after review of the evidence presented, the court is of the opinion that same should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Defendants' Plea to the Jurisdiction is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims against Waste Corporation of Texas, L.P. and Erol Mauricio Gonzalez be dismissed for lack of subject matter jurisdiction.

Signed this _____ day of _____, 2015.

Signed:
11/10/2015 _Brent Gamble_

_____
JUDGE PRESIDING

```
JUFC7 (NSK#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      DEC 16, 2015(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____ - INT
                        GENERAL PARTY INQUIRY            PAGE:   1 -    1

CASE NUM: 201527521__ PJN> __  TRANS NUM: _____ CURRENT COURT: 270 PUB? _
CASE TYPE: MOTOR VEHICLE ACCIDENT       CASE STATUS: DISPOSED (FINAL)
STYLE: GUEVARA, RUBEN                   VS WCA WASTE CORPORATION (D/B/A WCA)
==============================================================================
                       **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
  NUM   NUMBER                                           STAT
_     00007-0001 AGT         WCA WASTE CORPORATION OF TEXAS
_     00006-0001 AGT         WCA WASTE CORPORATION BY SERVI
_     00005-0001 DEF 00796740 WCA                             HEMPHILL, ALL
_     00004-0001 DEF 00796740 WASTE CORPORATION OF TEXAS LP   HEMPHILL, ALL
_     00003-0001 DEF 00796740 GONZALES, EROL MAURICIO         HEMPHILL, ALL
_     00002-0001 DEF 00796740 WCA WASTE CORPORATION (D/B/A W  HEMPHILL, ALL
_     00001-0001 PLT 24048352 GUEVARA, RUBEN                  BICKERS, CURT


==> (7) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```